UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.:   8:20-cr-201-CEH-SPF-4

TEOPILO BARRIES MUNOZ

### SENTENCING MEMORANDUM

COMES NOW, the undersigned counsel, on behalf of the Defendant, TEOPILO BARRIES MUNOZ, and files this his sentencing memorandum which encompasses all remaining legal and factual objections, a 3553 analysis, all requests for mitigation, sentencing suggestions, and miscellaneous sentencing issues and, in support of said issues, states as follows:

**I.  Outstanding Objections to the Presentence Report**

No objections exist as to the factual basis nor the calculation of the sentencing guidelines.

**II. 18 USC § 3553(a) Factors for a Downward Variance from the Advisory Guidelines Range**

Mr. Barries Munoz moves this Honorable Court for a variance from the otherwise applicable advisory guideline range based on 1) his personal history and characteristics; 2) his role in the offense; and 3) the need to avoid unwarranted sentencing disparities amongst similarly situated defendants.

**A.  Personal history and Characteristics**

Mr. Barries Munoz maintains that his relationship with his parents was good; however, during his childhood there was little money for food, he did not have enough clean clothes to

attend school, and the area where they resided was inundated with violence. ¶38 PSR.

Mr. Barries has been in a stable and loving relationship with his common-law wife and three children since since 2007. His wife is a homemaker; however, she has financially supported herself during the defendant's absence by being a hairdresser in her home. ¶46 PSR.

Mr. Barries is not a risk of recidivism nor a danger to the community in terms of mental health nor substance abuse. He is in good mental and emotional health. ¶55 PSR. He first consumed alcohol at age 20 and since has typically consumed alcoholic beverages three times monthly. Mr. Barries has never experimented with any illicit substances. ¶¶55-57 PSR.

Ms. Barries has a limited education. He attended school until the eighth grade. He stopped attending school as his family did not have any financial resources. He is literate in Spanish and that he would like the opportunity to learn English. ¶59 PSR.

### B. Role in the Offense

Mr. Barries was perhaps the least important person on the go-fast vessel. He was basically on the boat as a helper, doing anything that he was told to do by the other mariners. He was not the captain nor had any interest in the profits of the product, rather, he was paid approximately $3,750 up front (one-fourth of the flat rate) for helping out on a boat containing 1,925 kilograms of cocaine valued on the street at approximately $57,750,000.00.

### C. The need to avoid unwarranted sentencing disparities amongst similarly situated defendants.

Mr. Marin requests a sentence less than the 108-month sentence of codefendant Adalberto Perez Zumaque and 121-month sentence of codefendant John Bodden Dixon. This request is primarily based upon the Defendant's lesser role compared to all others on the boat

as well as his early and verified cooperation efforts in the case, as compared to a defendant who chooses to not cooperate ever who would receive the same sentence under the guidelines.

### III. Requests for Recommendations

Mr. Barries Munoz requests that the following judicial recommendations be made on the day of sentencing: a) recommended placement of Coleman FCI, Miami FCI, McRae FCI, any remaining FCI that affords non-citizens the opportunity to participate in Unicor; b) that he be permitted to participate in Unicor; c) that the judgment reflect that he was legally paroled into this country for purposes of prosecution; d) vocational classes of culinary arts & mechanics, and English language classes.

WHEREFORE, the Defendant, TEOPILO BARRIES MUNOZ, by and through his undersigned counsel, prays this Honorable Court will grant the requested relief and/or any other relief deemed necessary.

By: /s/ Tim Bower Rodriguez
Tim Bower Rodriguez, Esq.
Florida Bar No.: 0151890
Tim Bower Rodriguez, PA
601 N. Ashley Dr., Ste 310
Tampa, FL 33602
Direct: (813) 384-7555
Email: t@bowerrodriguez.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to counsel of record.

By: /S/ Tim Bower Rodriguez